4/8/20

As of 04/08/2020, there are **253 federal inmates** and **85 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **19** inmates and **7** staff have recovered. There have been **8** federal inmate deaths and **0** BOP staff member deaths attributed to COVID-19 disease.

| Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 42 | 0 | 0 | 0 | Butner Medium I FCI | butner | NC |
| 34 | 12 | 0 | 0 | Danbury FCI | danbury | CT |
| 34 | 13 | 5 | 0 | Oakdale I FCI | oakdale | LA |
| 30 | 9 | 0 | 0 | Lompoc USP | lompoc | CA |
| 22 | 3 | 0 | 0 | Yazoo City Low FCI | yazoo city | MS |
| 15 | 2 | 0 | 0 | Forrest City Low FCI | forrest city | AR |
| 14 | 0 | 0 | 0 | Butner Low FCI | butner | NC |
| 11 | 3 | 0 | 0 | Atlanta USP | atlanta | GA |
| 10 | 8 | 3 | 0 | Elkton FCI | lisbon | OH |
| 7 | 0 | 0 | 0 | Yazoo City Medium FCI | yazoo city | MS |
| 4 | 0 | 0 | 0 | CORE Services Group, Inc. (RRC) | brooklyn | NY |
| 4 | 1 | 0 | 0 | Milan FCI | milan | MI |
| 4 | 6 | 0 | 0 | New York MCC | new york | NY |
| 3 | 2 | 0 | 0 | Forrest City Medium FCI | forrest city | AR |
| 2 | 5 | 0 | 0 | Brooklyn MDC | brooklyn | NY |
| 2 | 3 | 0 | 0 | Otisville FCI | otisville | NY |
| 2 | 0 | 0 | 0 | Volunteers of America (RRC) | metairie | LA |
| 1 | 0 | 0 | 0 | Aliceville FCI | aliceville | AL |
| 1 | 0 | 0 | 0 | Behavioral Systems Southwest, Inc. (RRC) | phoenix | AZ |
| 1 | 0 | 0 | 0 | Bennettsville FCI | bennettsville | SC |
| 1 | 1 | 0 | 0 | Butner FMC | butner | NC |
| 1 | 0 | 0 | 0 | Carswell FMC | fort worth | TX |
| 1 | 0 | 0 | 0 | Central Territorial of the Salvation Army; DBA Salvation Army Correctional Ser (RRC) | chicago | IL |
| 1 | 0 | 0 | 0 | Community Solutions, Inc. (RRC) | wilmington | DE |
| 1 | 0 | 0 | 0 | Cumberland FCI | cumberland | MD |
| 1 | 0 | 0 | 0 | Dismas House of St. Louis (RRC) | saint louis | MO |
| 1 | 1 | 0 | 0 | Fort Dix FCI | joint base mdl | NJ |
| 1 | 0 | 0 | 0 | McCreary USP | pine knot | KY |
| 1 | 0 | 0 | 0 | Oakdale II FCI | oakdale | LA |
| 1 | 0 | 0 | 0 | Pioneer Human Services; DBA: Pioneer Industries (RRC) | seattle | WA |
| 0 | 1 | 0 | 0 | Allenwood USP | allenwood | PA |
| 0 | 3 | 0 | 0 | Canaan USP | waymart | PA |
| 0 | 1 | 0 | 0 | Central Office HQ | washington | DC |
| 0 | 1 | 0 | 0 | Chicago MCC | chicago | IL |
| 0 | 1 | 0 | 0 | Grand Prairie | grand prairie | TX |
| 0 | 1 | 0 | 0 | Leavenworth USP | leavenworth | KS |
| 0 | 1 | 0 | 0 | Los Angeles MDC | los angeles | CA |
| 0 | 2 | 0 | 0 | Ray Brook FCI | ray brook | NY |
| 0 | 1 | 0 | 0 | Southeast RO | atlanta | GA |
| 0 | 3 | 0 | 0 | Talladega FCI | talladega | AL |
| 0 | 1 | 0 | 0 | Tucson USP | tucson | AZ |

4/18/20

The BOP has **143,694** federal inmates in BOP-managed institutions and **10,223** in community-based facilities. The BOP staff complement is approximately **36,000**. As of 04/18/2020, there are **479 federal inmates** and **305 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **145** inmates and **26** staff have recovered. There have been **21** federal inmate deaths and **0** BOP staff member deaths attributed to COVID-19 disease.

| Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 59 | 2 | 0 | 0 | Yazoo City Low FCI | yazoo city | MS |
| 54 | 23 | 1 | 0 | Lompoc USP | lompoc | CA |
| 50 | 27 | 5 | 0 | Butner Medium I FCI | butner | NC |
| 35 | 38 | 6 | 0 | Elkton FCI | lisbon | OH |
| 32 | 2 | 1 | 0 | Terminal Island FCI | san pedro | CA |
| 29 | 40 | 1 | 0 | Danbury FCI | danbury | CT |
| 28 | 0 | 0 | 0 | Forrest City Low FCI | forrest city | AR |
| 23 | 34 | 0 | 0 | Milan FCI | milan | MI |
| 21 | 22 | 7 | 0 | Oakdale I FCI | oakdale | LA |
| 15 | 1 | 0 | 0 | Fort Worth FMC | fort worth | TX |
| 15 | 9 | 0 | 0 | Otisville FCI | otisville | NY |
| 14 | 0 | 0 | 0 | Butner Low FCI | butner | NC |
| 12 | 13 | 0 | 0 | Chicago MCC | chicago | IL |
| 9 | 3 | 0 | 0 | Fort Dix FCI | joint base mdl | NJ |
| 8 | 4 | 0 | 0 | Atlanta USP | atlanta | GA |
| 7 | 2 | 0 | 0 | Yazoo City Medium FCI | yazoo city | MS |
| 6 | 0 | 0 | 0 | Oakdale II FCI | oakdale | LA |
| 6 | 6 | 0 | 0 | Ray Brook FCI | ray brook | NY |
| 5 | 19 | 0 | 0 | Brooklyn MDC | brooklyn | NY |
| 5 | 2 | 0 | 0 | Cumberland FCI | cumberland | MD |
| 5 | 3 | 0 | 0 | Forrest City Medium FCI | forrest city | AR |
| 4 | 3 | 0 | 0 | Aliceville FCI | aliceville | AL |
| 3 | 0 | 0 | 0 | Central Territorial of the Salvation Army; DBA Salvation Army Correctional Ser (RRC) | chicago | IL |
| 3 | 25 | 0 | 0 | New York MCC | new york | NY |
| 3 | 0 | 0 | 0 | Volunteers of America (RRC) | metairie | LA |
| 2 | 0 | 0 | 0 | CORE Services Group, Inc. (RRC) | brooklyn | NY |
| 2 | 0 | 0 | 0 | Carswell FMC | fort worth | TX |
| 2 | 0 | 0 | 0 | Community Education Centers; DBA: CEC (RRC) | philadelphia | PA |
| 2 | 0 | 0 | 0 | Dismas House of St. Louis (RRC) | saint louis | MO |
| 2 | 0 | 0 | 0 | GEO Reentry of Alaska, Inc. (RRC) | oakland | CA |
| 2 | 0 | 0 | 0 | Kintock Group, The (RRC) | newark | NJ |
| 2 | 0 | 0 | 0 | Lompoc FCI | lompoc | CA |
| 2 | 0 | 0 | 0 | Oklahoma City FTC | oklahoma city | OK |
| 2 | 0 | 0 | 0 | Pioneer Human Services; DBA: Pioneer Industries (RRC) | seattle | WA |
| 1 | 0 | 0 | 0 | Behavioral Systems Southwest, Inc. (RRC) | phoenix | AZ |
| 1 | 1 | 0 | 0 | Bennettsville FCI | bennettsville | SC |
| 1 | 0 | 0 | 0 | Butner FMC | butner | NC |
| 1 | 0 | 0 | 0 | Cherry Street Services, Inc. (RRC) | grand rapids | MI |
| 1 | 3 | 0 | 0 | Coleman Low FCI | sumterville | FL |
| 1 | 0 | 0 | 0 | Community Solutions, Inc. (RRC) | hartford | CT |
| 1 | 0 | 0 | 0 | Community Solutions, Inc. (RRC) | wilmington | DE |
| 1 | 0 | 0 | 0 | Kintock Group, The (RRC) | philadelphia | PA |
| 1 | 1 | 0 | 0 | McCreary USP | pine knot | KY |
| 1 | 0 | 0 | 0 | Seagoville FCI | seagoville | TX |
| 0 | 1 | 0 | 0 | Allenwood Medium FCI | white deer | PA |

| Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | Allenwood USP | allenwood | PA |
| 0 | 3 | 0 | 0 | Canaan USP | waymart | PA |
| 0 | 1 | 0 | 0 | Central Office HQ | washington | DC |
| 0 | 1 | 0 | 0 | Fairton FCI | fairton | NJ |
| 0 | 1 | 0 | 0 | Grand Prairie | grand prairie | TX |
| 0 | 1 | 0 | 0 | Los Angeles MDC | los angeles | CA |
| 0 | 1 | 0 | 0 | Memphis FCI | memphis | TN |
| 0 | 5 | 0 | 0 | Miami FDC | miami | FL |
| 0 | 1 | 0 | 0 | Southeast RO | atlanta | GA |
| 0 | 4 | 0 | 0 | Talladega FCI | talladega | AL |
| 0 | 1 | 0 | 0 | Tallahassee FCI | tallahassee | FL |
| 0 | 1 | 0 | 0 | Tucson USP | tucson | AZ |

The BOP has **142,255** federal inmates in BOP-managed institutions and **10,552** in community-based facilities. The BOP staff complement is approximately **36,000**. As of 04/29/2020, there are **1534 federal inmates** and **343 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **414** inmates and **132** staff have recovered. There have been **31** federal inmate deaths and **0** BOP staff member deaths attributed to COVID-19 disease.

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers and the number of COVID-19 related deaths daily at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving open cases from across the agency as reported by the BOP's Office of Occupational Health and Safety. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI.

| Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 570 | 10 | 2 | 0 | Terminal Island FCI | San Pedro | CA |
| 298 | 1 | 3 | 0 | Fort Worth FMC | Fort Worth | TX |
| 212 | 13 | 6 | 0 | Butner Medium I FCI | Butner | NC |
| 83 | 15 | 1 | 0 | Lompoc USP | Lompoc | CA |
| 49 | 48 | 7 | 0 | Elkton FCI | Lisbon | OH |
| 42 | 3 | 0 | 0 | Yazoo City Low FCI | Yazoo City | MS |
| 36 | 1 | 0 | 0 | Forrest City Low FCI | Forrest City | AR |
| 36 | 10 | 0 | 0 | Lompoc FCI | Lompoc | CA |
| 36 | 38 | 2 | 0 | Milan FCI | Milan | MI |
| 27 | 3 | 0 | 0 | Fort Dix FCI | Joint Base Mdl | NJ |
| 24 | 0 | 0 | 0 | Oklahoma City FTC | Oklahoma City | OK |
| 18 | 26 | 1 | 0 | Danbury FCI | Danbury | CT |
| 12 | 3 | 0 | 0 | Butner Low FCI | Butner | NC |
| 9 | 17 | 7 | 0 | Oakdale I FCI | Oakdale | LA |
| 7 | 6 | 0 | 0 | Atlanta USP | Atlanta | GA |
| 7 | 0 | 0 | 0 | Central Territorial of the Salvation Army; DBA Salvation Army Correctional Ser (RRC) | Chicago | IL |
| 7 | 19 | 0 | 0 | Chicago MCC | Chicago | IL |
| 6 | 4 | 0 | 0 | Aliceville FCI | Aliceville | AL |
| 6 | 0 | 0 | 0 | Community Resources for Justice, Inc. (RRC) | Boston | MA |
| 5 | 1 | 0 | 0 | Lexington FMC | Lexington | KY |
| 5 | 6 | 0 | 0 | Ray Brook FCI | Ray Brook | NY |
| 4 | 0 | 0 | 0 | Volunteers of America, Inc. (Minnesota) (RRC) | Minneapolis | MN |
| 3 | 4 | 0 | 0 | Butner FMC | Butner | NC |
| 3 | 0 | 0 | 0 | Kintock Group, The (RRC) | Newark | NJ |
| 3 | 0 | 0 | 0 | Volunteers of America (RRC) | Metairie | LA |
| 2 | 2 | 0 | 0 | Bennettsville FCI | Bennettsville | SC |
| 2 | 0 | 0 | 0 | CORE Services Group, Inc. (RRC) | Brooklyn | NY |
| 2 | 0 | 0 | 0 | Cherry Street Services, Inc. (RRC) | Grand Rapids | MI |
| 2 | 0 | 0 | 0 | GEO Reentry of Alaska, Inc. (RRC) | Oakland | CA |
| 2 | 8 | 0 | 0 | Oakdale II FCI | Oakdale | LA |
| 2 | 7 | 0 | 0 | Yazoo City USP | Yazoo City | MS |

| Inmates Positive▼ | Staff Positive | Inmate Deaths | Staff Deaths | Facility | City | State |
|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | Behavioral Systems Southwest, Inc. (RRC) | Los Angeles | CA |
| 1 | 0 | 1 | 0 | Carswell FMC | Fort Worth | TX |
| 1 | 0 | 0 | 0 | Cherry Street Services, Inc. (RRC) | Detroit | MI |
| 1 | 1 | 0 | 0 | Coleman Low FCI | Sumterville | FL |
| 1 | 0 | 0 | 0 | Community Solutions, Inc. (RRC) | Wilmington | DE |
| 1 | 0 | 0 | 0 | Community Solutions, Inc. (RRC) | Hartford | CT |
| 1 | 0 | 0 | 0 | Devens FMC | Ayer | MA |
| 1 | 0 | 0 | 0 | GEO Care, LLC (RRC) | Sacramento | CA |
| 1 | 0 | 0 | 0 | Kintock Group, The (RRC) | Philadelphia | PA |
| 1 | 0 | 0 | 0 | Pioneer Human Services; DBA: Pioneer Industries (RRC) | Seattle | WA |
| 1 | 0 | 0 | 0 | Seagoville FCI | Seagoville | TX |
| 1 | 0 | 0 | 0 | Volunteers of America of Greater Ohio (RRC) | Toledo | OH |
| 1 | 0 | 0 | 0 | Volunteers of America of Western New York, Inc. (RRC) | Rochester | NY |
| 1 | 4 | 0 | 0 | Yazoo City Medium FCI | Yazoo City | MS |
| 0 | 0 | 1 | 0 | Behavioral Systems Southwest, Inc. (RRC) | Phoenix | AZ |
| 0 | 27 | 0 | 0 | Brooklyn MDC | Brooklyn | NY |
| 0 | 1 | 0 | 0 | Central Office HQ | Washington | DC |
| 0 | 1 | 0 | 0 | Coleman I USP | Sumterville | FL |
| 0 | 2 | 0 | 0 | Cumberland FCI | Cumberland | MD |
| 0 | 1 | 0 | 0 | Englewood FCI | Littleton | CO |
| 0 | 1 | 0 | 0 | Fairton FCI | Fairton | NJ |
| 0 | 2 | 0 | 0 | Forrest City Medium FCI | Forrest City | AR |
| 0 | 1 | 0 | 0 | Grand Prairie | Grand Prairie | TX |
| 0 | 1 | 0 | 0 | La Tuna FCI | Anthony | TX |
| 0 | 1 | 0 | 0 | Los Angeles MDC | Los Angeles | CA |
| 0 | 1 | 0 | 0 | McCreary USP | Pine Knot | KY |
| 0 | 1 | 0 | 0 | Memphis FCI | Memphis | TN |
| 0 | 13 | 0 | 0 | Miami FDC | Miami | FL |
| 0 | 28 | 0 | 0 | New York MCC | New York | NY |
| 0 | 10 | 0 | 0 | Otisville FCI | Otisville | NY |
| 0 | 1 | 0 | 0 | Southeast RO | Atlanta | GA |
| 0 | 1 | 0 | 0 | Tallahassee FCI | Tallahassee | FL |