UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT M. PENA,<br><br>Defendant. | Criminal No. 16-10236-MLW |

**UNITED STATES' REPORT CONCERING MEET AND CONFER**

In accordance with the Court's May 7, 2020 order [Dkt. No. 186, the "Order"], the parties

have met and conferred concerning whether they can reach an agreement to resolve Defendant's

Emergency Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) [Dkt. No.

171].  The parties have not yet reached an agreement.  In the event no agreement is reached by

May 11, 2020, the United States will comply with the other parts of the Court's Order or

otherwise seek relief from the Court.

                                        Respectfully submitted,

                                        ANDREW E. LELLING
                                        United States Attorney,
                                        District of Massachusetts

                              By:  */s/ Brian M. LaMacchia*
                                        Brian M. LaMacchia
                                        Assistant U.S. Attorney
                                        John J. Moakley U.S. Courthouse
                                        One Courthouse Way, Suite 9200
                                        Boston, MA 02110
                                        617-748-3126
Dated: May 8, 2020                      brian.lamacchia@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Brian M. LaMacchia*
Brian M. LaMacchia
Assistant U.S. Attorney

Dated: May 8, 2020