```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 16-10236-MLW |
| | ) | |
| ROBERT M. PENA, | ) | |
|     Defendant. | ) | |

<u>ORDER</u>

WOLF, D.J.                                                May 18, 2020

The Bureau of Prisons has reported that defendant Robert Pena tested negative for the COVID-19 virus again on May 18, 2020. <u>See</u> Dkt. No. 218. Accordingly, for the reasons stated at the May 15, 2020 hearing, and pursuant to the May 18, 2020 Order (Dkt. No. 217), it is hereby ORDERED that Pena's sentence is modified to time-served; his term of Supervised Release is increased to three years on the conditions stated in the May 15, 2020 Order, which include home confinement, subject to electronic location monitoring, until January 26, 2022. An Amended Judgment has entered. <u>See</u> Dkt. No. 219. Therefore, the Bureau of Prisons shall release Pena as promptly as possible and, in any event, no later than 10:30 a.m. on May 19, 2020.

                                              /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE